FILED
FEB 22 2012
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT J. CONGDON, dba
CORNERSTONE FINANCIAL, INC.,
and K&B INVESTMENTS, LLC,

    Defendants.

CR 12-3-M-DWM

FINDINGS & RECOMMENDATION
CONCERNING PLEA

---

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to each of the following charges set forth in the Information: (1) one count of mail fraud in violation of 18 U.S.C. §§ 2 and 1341 (Count I), (2) one count of wire fraud in violation of 18 U.S.C. §§ 2 and 1343 (Count II), and (3) fourteen counts of money laundering in violation of 18 U.S.C. §§ 2 and 1957 (Counts V, VI, VII, X, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII and XXIII). Defendant has also agreed to the forfeiture allegations advanced under 18 U.S.C. § 982(a)(1).

In exchange for Defendant's guilty pleas, the United States has agreed to dismiss Counts III, IV, VIII, IX, XI, XII, and XIII of the Information.

1

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering informed and voluntary pleas,

2. That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the guilty pleas are knowing and voluntary pleas, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I, II, V, VI, VII, X, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII and XXIII of the Information, and that sentence be imposed. I further recommend that Counts III, IV, VIII, IX, XI, XII, and XIII of the Information be dismissed.

**This report is forwarded with the recommendation that the Court defer**

**a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 22nd day of February, 2012.

*/s/ Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge